# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **ERIC B. REUSS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civil Action No.: 1:21-cv-00530** |
| **v.** ) | |
| ) | |
| **WERNER CO.,** ) | |
| ) | |
| **Defendant** ) | |

## NOTICE OF REMOVAL

**COMES NOW** Werner Co., ("Defendant"), and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby removes this action filed by Plaintiff Eric B. Reuss in the Circuit Court of Baldwin County, Alabama, to the United States District Court for the Southern District of Alabama, Southern Division. In support of this Notice, Defendant shows the following:

### A.     PROCEDURAL BACKGROUND

1.     This case was commenced by Plaintiff on November 17, 2021, in the Circuit Court of Baldwin County, Alabama, Case No. 05-CV-2021-901246.00. The documents attached as Exhibit "A" constitute all of the process and pleadings served and filed in this action to date, pursuant to 28 U.S.C. § 1446(a).

2. Service of process was issued to Defendant on November 18, 2021. Defendant received a copy of the Summons and Complaint on or about November 23, 2021.  (Exhibit A).

3. This Notice of Removal is filed in the United States District Court for the Southern District of Alabama, Southern Division, within the district and division embracing the place where the state court case was filed as required by 28 U.S.C. §§ 1332 and 1441(a).

4. This Notice of Removal is filed within the period of time required by 28 U.S.C. § 1446(b).

5. Promptly after the filing of this Notice, Defendant is filing a copy with the Clerk of the Circuit Court of Baldwin County, Alabama as required by 28 U.S.C. § 1446(d).

### B. DIVERSITY OF THE PARTIES

6. Plaintiff is a resident and citizen of the State of Alabama. (Exhibit A-Complaint).

7. Defendant, Werner Co. is a corporation organized under the laws of the State of Delaware with its principal place of business in the State of Illinois. (See Defendant's Answer to Complaint filed contemporaneously with this Removal Notice).

8.      Complete diversity of citizenship exists between Plaintiff and Defendant in this case.

### C.      AMOUNT IN CONTROVERSY

9.      In order to be removable, there must be at least $75,000 in controversy, exclusive of interest and costs.  28 U.S.C. § 1332(a).

10.     The Complaint in Count One contains a demand for compensatory damages in the amount of Five Hundred Thousand Dollars ($500,000.00). (Exhibit A – Complaint).

11.     The Complaint in Count Two contains a demand for punitive damages in the amount of One Million Five Hundred Thousand Dollars ($1,500,000.00). (Exhibit A – Complaint).

12.     The requisite amount in controversy required by 28 U.S.C. § 1332(a) is satisfied by the demands for damages contained in the Plaintiff's Complaint.

13.     Plaintiff has asserted claims of negligence and wantonness. (Exhibit A - Complaint).

14.     Plaintiff alleges he suffered personal injury, including a scalp laceration, chipped bone in his elbow, broken wrist, medical bills, past and future pain and suffering, loss of use of his wrist and diminished enjoyment of life as a result of the accident made the basis of this lawsuit. (Exhibit A - Complaint).

15. The removal is filed within thirty (30) days from the date on which Defendant was served with the Summons and Complaint and is therefore timely.

### D. CONCLUSION

16. Defendant satisfied all procedural requirements with respect to timing, diversity of citizenship and amount in controversy and removal is proper. 28 U.S.C. §§ 1332, 1441, and 1446.

**WHEREFORE, PREMISES CONSIDERED,** Defendant, desiring to remove this case to the United States District Court for the Southern District of Alabama, Southern Division, being the District and the Division of said Court for Baldwin County, Alabama, in which said action is pending, pray that the filing of this Notice of Removal with this Court and the filing of the Notice of Filing of Notice of Removal with the Circuit Court of Baldwin County, Alabama, shall effect the removal of this Lawsuit to this Court.

Respectfully submitted this the 8th day of Dec., 2021.

*s/Justin I. Hale*
Robert E. Cooper (ASB-8236-C60R)
Justin I. Hale (ASB-5706-T55H)
Attorneys for Defendant, Werner Co.

OF COUNSEL:
**STOCKHAM, COOPER & POTTS, P.C.**
505 20th Street N., Suite 1111
Birmingham, Alabama 35203
P: (205) 776-9000
F: (205) 776-9099
E: rcooper@scplaw.net
   jhale@scplaw.net
   jpocus@scplaw.net

## CERTIFICATE OF SERVICE

      I do hereby certify that I have on this the 8th day of December 2021, served the foregoing upon the Plaintiff, Eric B. Reuss, who is also a licensed attorney in Alabama and is serving as his own counsel via the CM/ECF system.

Eric B. Reuss
P.O. Box 1306
Fairhope, Alabama 36533
Phone: (251) 391-6101
Email: ereussjdcpa@gmail.com

                                        *s/Justin I. Hale*
                                        OF COUNSEL