EXHIBIT A

ELECTRONICALLY FILED
11/17/2021 1:15 PM
05-CV-2021-901246.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number: 05-<br>Date of Filing: 11/17/2021   Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**ERIC B REUSS v. WERNER CO.**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other
**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ EPFA - Elder Protection From Abuse
- ☐ QTLB - Quiet Title Land Bank
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED   ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** REU001    11/17/2021 1:15:09 PM    /s/ ERIC B. REUSS
Date    Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO

DOCUMENT 2
Case 1:21-cv-00530-CG-B   Document 1-1   Filed 12/08/21   Page 3 of 7   PageID #: 8

ELECTRONICALLY FILED
11/17/2021 1:15 PM
05-CV-2021-901246.00
CIRCUIT COURT OF
BALDWIN COUNTY, ALABAMA
JODY L. WISE, CLERK

IN THE CIRCUIT COURTY OF BALDWIN COUNTY, ALABAMA

| | | |
|---|---|---|
| ERIC B. REUSS | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | CIVIL ACTION NO: |
| | * | |
| WERNER CO. | * | CV-_____ |
| | * | |
| Defendant. | * | |

**COMPLAINT**

COMES NOW Plaintiff, ERIC B. REUSS, and states as follows:

**COUNT ONE**

**(Negligence)**

1. Plaintiff is a resident citizen of the County of Baldwin, State of Alabama, and is over the age of nineteen (19) years.

2. Defendant is a foreign corporation organized in the State of Delaware, registered to do business in the State of Alabama, and may be served through its registered agent, C T Corporation System, at the following address:

C T Corporation System
2 North Jackson Street
Suite 605
Montgomery, AL 36104

3. On November 18, 2019, Plaintiff was descending from a 6-foot aluminum step ladder manufactured by Defendant when one of the ladder's legs twisted and bent causing Plaintiff to be cast off the ladder, strike his head on the concrete surface below, and jam his hand, wrist, and elbow onto the concrete when he fell. Plaintiff weighed approximately 225 pounds; the ladder was rated for 250 pounds.

4. The twisting and bending of said ladder leg was a result of Defendant's negligence in manufacturing a defective product and was the proximate cause of Plaintiff's afore-described injuries.

5. As the proximate result of the negligence of the Defendant, Plaintiff was caused to suffer the following injuries and damages:

A. Scalp laceration;

B. Chipped bone in elbow;

C. Broken wrist:

D. Medical bills to date totaling in excess of Seven Thousand Dollars ($7,000):

E. Past and future pain and suffering;

F. Permanent partial loss use of his wrist;

G. Increased risk of arthritis and/or other future bone and joint deterioration;

I. Diminished enjoyment of life.

WHEREFORE, Plaintiff demand judgment against Defendant in the amount of Five Hundred Thousand Dollars ($500,000) for compensatory damages, interest, and costs.

## **COUNT TWO**

### **(Wantonness)**

1. Plaintiff adopts and realleges the allegations contained in Paragraphs 1 through 5 above.

2. Plaintiff restates those allegations in COUNT ONE except that Plaintiff substitutes the word "wantonness" for the word "negligence".

3. As a proximate result of Defendant's said wantonness, Plaintiff was caused to suffer the injuries and damages as set out in Paragraph 5 of this Complaint.

WHEREFORE, Plaintiff demand judgment against Defendant in the amount of On Million Five Hundred Thousand Dollars ($1,500,000) for compensatory and punitive damages, interest, and costs.

PLAINTIFF RESPECTFULLY REQUESTS A TRIAL BY JURY AS TO ALL COUNTS HEREIN.

                Respectfully submitted,

                *Eric B. Reuss*

This 17th day of November, 2021   _____
                ERIC B. REUSS, Plaintiff
                P.O. Box 1306
                Fairhope, AL 36533
                251.391.6101
                ereussjdcpa@gmail.com

PLEASE SERVE DEFENDANT BY CERTIFIED MAIL TO:

C T Corporation System
2 North Jackson Street
Suite 605
Montgomery, AL 36104

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>05-CV-2021-901246.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF BALDWIN COUNTY, ALABAMA**
**ERIC B REUSS V. WERNER CO.**

**NOTICE TO:** WERNER CO., C/O CT CORPORATION SYSTEM 2 N JACKSON ST., STE. 605, MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), ERIC B. REUSS,
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: P.O. BOX 1306, FAIRHOPE, AL 36533.
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ERIC B REUSS pursuant to the Alabama Rules of the Civil Procedure.
*[Name(s)]*

| 11/17/2021 | /s/ JODY L. WISE | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ ERIC B. REUSS
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
*(Name of Person Served)* in _____ County,
*(Name of County)*
Alabama on _____.
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

**UNITED STATES POSTAL SERVICE**

November 23, 2021

Dear Circuit Clerk:

| UJS Information | |
|---|---|
| Case Number: 05-CV-2021-901246.00<br>Document Type: Complaint<br>Restricted Delivery Requested: No | Intended Recipient:<br>WERNER CO. (D001)<br>C/O CT CORPORATION SYSTEM<br>2 N JACKSON ST., STE. 605<br>MONTGOMERY, AL 36104 |

The following is in response to your request for proof of delivery on your item with the tracking number: **9214 8901 7301 4105 2100 0838 81**.

### Item Details

| | |
|---|---|
| **Status:** | Delivered |
| **Status Date / Time:** | November 23, 2021, 8:57 am |
| **Location:** | MONTGOMERY, AL 36104 |
| **Postal Product:** | First-Class Mail® |
| **Extra Services:** | Certified Mail™ |
| | Return Receipt Electronic |

### Shipment Details

| | |
|---|---|
| **Weight:** | 2.0oz |

### Recipient Signature

Signature of Recipient: *Jennifer Lockwood*
Printed Name: Jennifer Lockwood

Address of Recipient: Delivery Address: 2 N Jackson St Suit 605

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004